UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN MACLEAN & DONNA MACLEAN,<br>　　　Plaintiffs,<br><br>v.<br><br>WILLIAM FALLON as owner of the M/V NIKKI, and MASTRY ENGINE CENTER, LLC,<br>　　　Defendants. | Docket No. 1:14-cv-14288-NMG |

**PLAINTIFFS' STIPULATION TO EXTEND TIME FOR DEFENDANT, MASTRY ENGINE CENTER, LLC, TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**

Now come the plaintiffs, Kevin MacLean and Donna MacLean, by and through their counsel (hereinafter, "the plaintiffs") and hereby stipulate that the defendant, Mastry Engine Center, LLC, has an extension of time up to and including September 7, 2016 to answer the plaintiffs' Fourth Amended Complaint, Doc. 26, or to otherwise file a response thereto, including any motion.

Respectfully submitted,
For the plaintiffs,
By their attorney,

/s/ Brian Keane
Brian Keane, BBO # 656717
110 K Street, Suite 330
Boston, MA 02127
(617) 313-2900
bkeane@keanelawgroup.com

*Treated as a motion to extend time to answer and motion allowed.  /s/ NMGorton, USDJ  8/12/16*

1165608v.1

## CERTIFICATE OF SERVICE

I, Brian Keane, hereby certify that a true copy of the above document was served upon each attorney of record by ECF on August 5, 2016.

/s/ Brian Keane
Brian Keane

1165608v.1